UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-cr-80044-Rosenberg

UNITED STATES OF AMERICA

vs.

JENNIFER ROBERTS,

        Defendant.
_____/

## AGREED FACTUAL BASIS FOR GUILTY PLEA

Beginning in or around approximately October 2018 and continuing through in or around approximately February 2019, in Palm Beach County, the Southern District of Florida, and elsewhere, the defendant, JENNIFER ROBERTS ("ROBERTS"), knowingly and willfully conspired and agreed with others to solicit and receive illegal health care kickbacks, in violation of Title 18, United States Code, Section 371. Medicare is a "health care benefit program" as defined in Title 18, United States Code, Section 24 and a Federal health care program, as defined by Title 42, United States Code, Section 1320a-7b(f). Furthermore, Medicare is a health care benefit program affecting commerce.

ROBERTS was a patient broker who referred Medicare beneficiaries to laboratories and others in exchange for bribes and kickbacks. The laboratories included Best Care Laboratory, LLC ("Best Care"). In exchange for referring beneficiaries to Best Care and others, ROBERTS was paid a kickback, based on either a per patient basis or as a set percentage of the amount Best Care received from Medicare for performing the tests. These kickbacks were paid to ROBERTS by means of cash and by check and wires. Between approximately October 2018 and continuing

through in or around approximately February 2019, ROBERTS was paid approximately $162,400 in kickbacks. ROBERTS disguised the nature and source of these kickbacks and bribes by designating payments as being for "marketing" services, entering into sham contracts and generating fraudulent invoices. ROBERTS knew that Best Care billed Medicare for the genetic tests.

In many instances, the genetic testing ordered for these recruited beneficiaries was medically unnecessary and not eligible for reimbursement from Medicare. The tests were not ordered by a physician treating the beneficiary for any specific medical problem, symptom, illness or diagnosis. Instead, the beneficiaries were recruited to receive the tests, and the doctors who signed the orders for the tests did so in the absence of a pre-existing doctor-patient relationship and/or frequently based solely on a short telephonic conversation, or without any conversation, with the Medicare beneficiary.

As a result of ROBERTS's participation in the conspiracy as a patient broker, Medicare paid Best Care approximately $362,600 it was not entitled to receive, based on patients procured through kickbacks.

The preceding statement is a summary, made for the purpose of providing the Court with a factual basis for my guilty plea to the charges against me. It does not include all of the facts known to me concerning criminal activity in which I and others engaged. I make this statement knowingly and voluntarily and because I am in fact guilty of the crimes charged.

DATE: 4-2-2021

*Jennifer Roberts*
JENNIFER ROBERTS
Defendant

*Jacqueline Derovanesian*
ON BEHALF OF
RYAN K. STUMPHAUZER, ESQ.
Attorney for Defendant
JACQUELINE Z. DEROVANESIAN, ESQ

*Timothy P. Loper*
TIMOTHY P. LOPER
Trial Attorney